NO. 01-13-00368-CR

IN THE

COURT OF APPEALS

FOR THE

FIRST DISTRICT OF TEXAS

AT HOUSTON

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY 11 2015

CHRISTOPHER A. PRINE

CLERK

Cause no. 600516

In the 176TH District Court

of Harris County, Texas

JOE RAY ALVAREZ
Appellant

v.

THE STATE OF TEXAS
Appellee

## APPELLANT'S MOTION TO AMEND/CLARIFY PRO SE BRIEF

TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:

Comes Now, Joe Ray Alvarez, Petitioner, and files this Motion to Amend/Clarify Appellant's pro se Brief. In support of this motion Appellant shows the Court the following:

I

The Petitioner was convicted in the 176TH District Court of Harris County, Texas of the offense of Aggravated Assault in cause no. 600516, styled the State of Texas v. Joe Ray Alvarez. Petitioner appealed to the Court of Appeals First Supreme Judicial District to file pro se Brief.

II

Appellant's appeal attorney filed Ander's Brief and Motion to Withdraw. Stating Appellant deadline to file response was May 9, 2014. Appellant then filed thirty day extension and it was granted. Setting deadline on June 9, 2014.

III

Petitioner asserts having timely filed his Pro se Brief pursuant to [T.R.A.P.] Texas Rule of Appellate Procedure 9.2 filing.

And pursuant to Bledsoe v. State, 178 S.W. 3d 824, 826-27 (Tex. Crim. App. 2005).

WHEREFORE, Petitioner prays this Court grant this motion to amend/ clarify Appellant's pro se Brief case no. 01-13-00368-CR, Brief yet to be submitted and requires clarification.

_Joe Alvarez_
Joe Ray Alvarez, pro se
TDCJ-ID no. 1853331
A.D. Hughes Unit
Route 2 Box 4400
Gatesville, Texas 76597


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Appellant's Motion to Amend/Clarify Pro Se Brief has been forwarded by U.S. Mail, postage prepaid, first class, to Chief Prosecutor, Appellate Division, Alan Curry, at 1201 Franklin Ste 600, Houston, TX 77002-1923. And to Harris County District Clerk, Chris Daniel, on this 6 day of MAY, 2015.

_Joe Alvarez_
Joe Ray Alvarez, pro se


I, _Joe Alvarez_, TDCJ-ID no. 1853331, being presently incarcerated in A.D. Hughes Unit of Texas Department of Criminal Judicial Institutional Division in Coryell County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this 6 day of MAY, 2015

_Arthur Joseph Alvarez_
Arthur Joseph Alvarez, pro se
AKA Joe Ray Alvarez
TDCJ-ID No. 1853331
A.D. Hughes Unit
Route 2 Box 4400
Gatesville, Texas 76597

NO. 01-13-00368-CR

JOE RAY ALVAREZ
TDCJ-ID 1853331
A.D. HUGHES UNIT
ROUTE 2, BOX 4400
GATESVILLE, TEXAS 76597

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY 11 2015

CHRISTOPHER A. PRINE
CLERK _____

Christopher A. Pine
Clerk of the Court
Court of Appeals for the
First District of Texas at Houston
301 Fannin Street
Houston, Texas 77002-2066

Chris Daniel
Harris County District Clerk
P.O. Box 4651
Houston, TX 77210-4651

Alan Curry
Chief Prosecutor, Appellate Division
Harris County District Attorney's Office
1201 Franklin Ste 600
Houston, Texas 77002-1923

RE: COURT OF APPEALS NUMBER: 01-13-00368-CR

TRIAL COURT CASE NUMBER: 600516

STYLE: Joe Ray Alvarez v. The State of Texas

Dear Clerk:

Enclosed please find Appellant's

Motion to Amend/Clarify Pro Se Brief along with Appellant's pro se

Brief and bring it to the attention of the Court.

Sincerely,

Joe Ray Alvarez, Pro se
TDCJ-ID 1853331
A.D. Hughes Unit
Rt. 2, Box 4400
Gatesville, Texas 76597

Jolray Alvarez
185 3331
A.D. Hughes Unit
Route 2, Box 4400
Gatesville, Tx.
76597



(( LEGAL MAIL ))

To: Christo
Clerk o
Court o.
First Dis
301 Fa
Houston